UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA


CIVIL MINUTES – GENERAL


Case No. **5:18-cv-00907-JLS-MAA**                          Date:  **December 21, 2018**

Title    **Ulysses Franklin Moore Jr. *v.* People of the State of California**


Present:  The Honorable:      MARIA A. AUDERO, U.S. Magistrate Judge


| Cheryl Wynn | N/A |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |

| Attorneys Present for Petitioner: | Attorneys Present for Respondent: |
|---|---|
| N/A | N/A |

**Proceedings (In Chambers):**          **Order to Show Cause regarding Petitioner's Failure to File Status Report**


       On September 14, 2018, the Court issued an order granting Petitioner's motion for a *Rhines* stay and ordered Petitioner to file a status report every thirty (30) days, providing the Court with an update on the progress of his *habeas* petitions in the California courts (ECF No. 24 "Order").  Over 30 days have elapsed since the previous report was filed on October 18, 2018.


       Accordingly, Petitioner is **Ordered to Show Cause within fourteen (14) days** after service of this Order why the Court should not dismiss this action without prejudice, for failure to prosecute and failure to comply with the Court's Order.  Petitioner may discharge this Order by filing the requisite status report.


       **Petitioner's failure to timely comply with this Order will result in a recommendation that this action be dismissed without prejudice for failure to prosecute.**


It is so ordered.

cw
Initials of Preparer
